Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Anona.Su@wbd-us.com

*Attorneys for Defendant*
*Nissan Motor Acceptance Company, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH CARGUE ALEGRE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-01615<br><br>**STIPULATION TO EXTEND NISSAN MOTOR ACCEPTANCE COMPANY, LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

**THIS STIPULATION** is entered into by and between defendant Nissan Motor Acceptance Company, LLC ("NMAC") and plaintiff Ruth Cargue Alegre ("Alegre," and together with NMAC, the "parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend NMAC's deadline to respond to Alegre's complaint from September 26, 2025 until November 10, 2025 based on the following:

　　1. This is the first formal request for an extension of time for NMAC to respond to Alegre's complaint.

　　2. On August 29, 2025, Alegre filed a complaint with this Court [ECF No. 1].



3. Alegre served NMAC's registered agent with the complaint on September 5, 2025 [ECF No. 7].

4. Based on the date of service of the summons and complaint, NMAC's deadline to respond to the complaint was September 26, 2025. *Id.* The parties agreed to a short extension through October 10, 2025 to allow NMAC to conduct early investigation into this matter.

5. NMAC's investigation is ongoing. NMAC requests this extension to investigate all relevant matters, ascertain the veracity of the averments in plaintiff's complaint, analyze and ascertain any and all affirmative and other defenses, determine the possibility of early resolution, and otherwise submit a proper response to the complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to court approval, the parties agree as follows:

The parties stipulate and agree to extend the deadline for NMAC to respond to the complaint, up to and including November 10, 2025.

**IT IS SO STIPULATED**

DATED this 10th day of October, 2025

| **WOMBLE BOND DICKINSON (US) LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| By: */s/ Anona Su*<br>    Anona Su, Esq.<br>    Nevada Bar No. 16140<br>    3993 Howard Hughes Parkway<br>    Suite 600<br>    Las Vegas, NV 89169<br><br>*Attorneys for Defendant Nissan Motor Acceptance Company, LLC* | By: */s/ Kevin L. Hernandez*<br>    Kevin L. Hernandez, Esq.<br>    Nevada Bar No. 12594<br>    8920 W. Tropicana Ave., Suite 101<br>    Las Vegas, NV 89147<br><br>*Attorney for Plaintiff Ruth Cargue Alegre* |



**ORDER**

Upon stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Nissan Motor Acceptance Company, LLC shall have until November 10, 2025 to file a response to the complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2025

Respectfully submitted by:

**WOMBLE BOND DICKINSON (US) LLP**

By: _/s/ Anona Su_
    Anona Su, Esq.
    Nevada Bar No. 16140
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, NV 89169

    *Attorneys for Nissan Motor Acceptance Company, LLC*