Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH CARGUE ALEGRE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-01615-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF NISSAN MOTOR ACCEPTANCE COMPANY LLC WITH PREJUDICE** |

　　　　Plaintiff, Ruth Cargue Alegre ("Plaintiff") and Defendant, Nissan Motor Acceptance Company LLC ("Nissan") (Plaintiff and Nissan are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

　　　　Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Nissan with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs

///

///

///

///

incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: December 15, 2025 | Dated: December 15, 2025 |
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **WOMBLE BOND DICKINSON (US) LLP** |
| /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | /s/ Anona Su<br>Anona Su, Esq.<br>Nevada Bar No. 16140<br>8488 Rozita Lee Avenue, Suite 400<br>Las Vegas, Nevada 89113<br>Anona.Su@wbd-us.com<br>*Attorneys for Nissan Motor Acceptance Company LLC* |
| Dated: December 15, 2025 | Dated: December 15, 2025 |
| **HALL & EVANS** | **CLARK HILL PLLC** |
| /s/ Kurt R. Bonds<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>1160 N. Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>bondsk@hallevans.com<br>*Attorneys for Trans Union LLC* | /s/ Gia N. Marina<br>Gia N. Marina, Esq.<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>gmarina@clarkhill.com<br>*Attorneys for Equifax Information Services LLC* |

### ORDER OF DISMISSAL OF NISSAN MOTOR ACCEPTANCE COMPANY LLC WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Nissan are hereby dismissed with prejudice. Plaintiff and Nissan will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 17, 2025