Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH CARGUE ALEGRE,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:25-cv-01615-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Ruth Cargue Alegre ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax") (Plaintiff and Equifax are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Equifax with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs

///

///

///

///

incurred in this action.

Respectfully Submitted.

Dated: December 19, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 19, 2025

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
gmarina@clarkhill.com
*Attorneys for Equifax Information Services LLC*

## ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Equifax are hereby dismissed with prejudice. Plaintiff and Equifax will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 30, 2025