Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH CARGUE ALEGRE,<br><br>  Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>  Defendants. | Case No.: 2:25-cv-01615-JCM-BNW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

  Plaintiff, Ruth Cargue Alegre ("Plaintiff") and Defendant, Trans Union LLC ("Trans Union") (Plaintiff and Trans Union are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

  Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Trans Union with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees

///

///

///

///

and costs incurred in this action.

Respectfully Submitted.

Dated: December 15, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: December 15, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
Anona Su, Esq.
Nevada Bar No. 16140
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Anona.Su@wbd-us.com
***Attorneys for Nissan Motor Acceptance Company LLC***

Dated: December 15, 2025

**HALL & EVANS**

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
bondsk@hallevans.com
***Attorneys for Trans Union LLC***

Dated: December 15, 2025

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
gmarina@clarkhill.com
***Attorneys for Equifax Information Services LLC***

### [PROPOSED] ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Trans Union are hereby dismissed with prejudice. Plaintiff and Trans Union will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 31, 2025